IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| ROBERT A. PRITCHARD MARITAL TRUST, ET AL. | § § § | PLAINTIFFS |
|---|---|---|
| v. | § § | CAUSE NO. 1:08CV305 LG-RHW |
| METLIFE INVESTORS INS. CO. | § § | DEFENDANT |

## JUDGMENT

This matter having come on to be heard on the Motion [37] for Summary Judgment filed by Defendant MetLife Investors Insurance Company, the Court, after a full review and consideration of the Motion, Response, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendant, MetLife Investors Insurance Company, pursuant to Fed. R. Civ. P. 56. The Plaintiffs' claims are dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 25th day of August, 2009.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE